U.S. DISTRICT JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

SHERI NEELY, )
)
    Plaintiff, ) CIVIL NO. 3:17-CV-06073 JLR
)
v. ) ~~PROPOSED~~ ORDER FOR AWARD
) OF EAJA FEES AND EXPENSES
)
NANCY A. BERRYHILL, )
)
    Defendant. )

It is hereby ORDERED that attorney fees in the total amount of $4,452.30 pursuant to 28 U.S.C § 2412, shall be awarded to Plaintiff. See *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). It is hereby ORDERED that expenses in the amount of $400 for the filing fee under 28 U.S.C § 1920 shall be awarded.

If the U.S. Department of Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Tom O'Neill.

PROPOSED ORDER FOR AWARD OF
EAJA FEES AND EXPENSES

Crandall, O'Neill, Imboden & Styve, P.S.
Attorneys at Law
1447 Third Avenue, Suite A / Box 336
Longview, WA 98632
360 425 4470 - Fax 360 425 4477

1  Whether the check is made payable to Plaintiff, or to Tom O'Neill, the check
2  shall be mailed to Tom O'Neill at the following address: PO Box 336 Longview,
3  Washington 98632.

5
6  Dated this 31st day of Oct, 2018

                                                _____
                                                UNITED STATES DISTRICT JUDGE

Presented by:

_____
TOM O'NEILL
Attorney for Plaintiff

*Martha Boden*
_____
MARTHA BODEN
Special Assistant U.S. Attorney
(Per E-Mail Authorization)

PROPOSED ORDER FOR AWARD OF
EAJA FEES AND EXPENSES

Crandall, O'Neill, Imboden & Styve, P.S.
Attorneys at Law
1447 Third Avenue, Suite A / Box 336
Longview, WA 98632
360 425 4470 - Fax 360 425 4477